United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHOUC HAU NGUYEN, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:26-cv-00795 |
| v. | § § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § § § § | |
| Respondents. | § § | |

## ORDER

The petitioner has filed a motion requesting an extension of time to file a response to the respondents' motion for summary judgment. The motion (Dkt. No. 10) is **GRANTED**. The petitioner must file any response by **March 9, 2026**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on March 4, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge